UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦

**Margaret Zavalidroga and Tomas Zavalidroga,**

                                **Plaintiffs,**

                  **-v-**                           **6:11-CV-277 (NAM/DEP)**

**LEE BRONISZEWSKI,** *et al.*,

                                **Defendants.**

✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦

APPEARANCES:

MARGARET ZAVALIDROGA
3267 Forward Road
Blossvale, New York 13308
Plaintiff, *pro se*

TOMAS ZAVALIDROGA
Rt. 28, Box 1011
General Delivery
Old Forge, New York 13420
Plaintiff, *pro se*

Gorman, Waszkiewicz Law Firm                    Bartle J. Gorman, Esq.
1508 Genesee Street
Utica, New York 13502-4178
Attorney for County Defendants

Office of A. Sheldon Gould                          A. Sheldon Gould, Esq.
P.O. Box 11169
Syracuse, New York 13218
Attorney for Defendant Jeffery Kelley

Napierski, VanDenburgh & Napierski, LLP      Shawn F. Brousseau, Esq.
296 Washington Avenue Extension                Shawn T. Nash, Esq.
Albany, New York 12203
Attorney for Faxton-St.Lukes Hospital and
Dr. Catney

**Hon. Norman A. Mordue, Senior U.S. District Judge**

## **ORDER**

The above matter comes to me following a Report-Recommendation by Magistrate Judge David E. Peebles, duly filed on the 20th day of May 2014. Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. Defendants' motions to dismiss (Dkt. Nos. 131 and 133) are granted, and plaintiffs' amended complaint is dismissed in its entirety as against all defendants, with prejudice, based upon their failure to prosecute and appear for deposition as required by court order.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case. Plaintiffs shall be served by certified mail, return receipt requested.

**IT IS SO ORDERED.**

Dated: June 17, 2014
Syracuse, New York

Norman A. Mordue
Senior U.S. District Judge