# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**Margaret Zavalidroga and Tomas Zavalidroga**,

    **Plaintiffs**,

v.        CASE NUMBER: 6:11-cv-277 (NAM/DEP)

**Lee Broniszewski, et al**,

    **Defendants**.

**Decision by Court.** This action came to a hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

That the Report-Recommendation is hereby adopted in its entirety. Defendants' motions to dismiss (Dkt. Nos. 131 and 133) are granted, and plaintiffs' amended complaint is dismissed in its entirety against all defendants, with prejudice, based upon failure to prosecute and appear for deposition as required by court order.

That the Memorandum-Decision & Order was issued on 3/29/2012 that dismissed other defendants in this case.

All of the above pursuant to the order of the Honorable Judge Norman A. Mordue, dated the 17th day of June, 2014.

DATED: June 17, 2014

*[signature]*
Clerk of Court

s/ Michelle Coppola
Deputy Clerk